IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JOHN BROWN             PETITIONER

V.             NO. 4:19-CV-00176-DMB-RP

STATE OF MISSISSIPPI             RESPONDENT

## ORDER

On November 21, 2019, Petitioner John Brown filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254 in the District Court for the Southern District of Mississippi. Doc. # 1. Because Brown filed said petition in the wrong venue, the instant action was transferred to this Court on December 4, 2019. Doc. # 2. It has recently come to the Court's attention that Brown failed to pay the requisite filing fee nor has he submitted an application to proceed *in forma pauperis* ("IFP) in this action. Accordingly, Brown is directed to pay the $5.00 filing fee or otherwise submit a complete IFP application for the court's consideration within twenty-one (21) days from the date of this order. Brown's failure to do so will result in dismissal of his petition.

**SO ORDERED**, this the 28th day of May, 2020.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE