IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**JOHN BROWN**                                                                **PETITIONER**

**V.**                                                 **NO. 4:19-CV-176-DMB-RP**

**STATE OF MISSISSIPPI**                                        **RESPONDENT**

## FINAL JUDGMENT

In accordance with the Order entered this day, John Brown's petition for a writ of habeas corpus [1] is **DISMISSED without prejudice** for failure to exhaust. A certificate of appealability is **DENIED**.

      **SO ORDERED**, this 5th day of June, 2020.

                                               **/s/Debra M. Brown**
                                               **UNITED STATES DISTRICT JUDGE**